Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARQUISE DAVIS, JR. AND** § | | |
| **BARBARA WILLIAMS** § | | |
| § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:21-CV-02403** | |
| § | | |
| **KEITH BURGESS AND** § | | |
| **USA TRUCK, INC.** § | | |

### PLAINTIFFS' FIRST AMENDED COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME MARQUISE DAVIS, JR. AND BARBARA WILLIAMS,** Plaintiff files this amended complaint to more specifically set out their claims against Defendants in the required federal format for Complaints. Plaintiffs' earlier pleading was filed in state court prior to this lawsuit's removal to federal court.

**I.**
**PARTIES**

1. Plaintiff **MARQUISE DAVIS, JR.** is an individual residing in Harris County, Texas, and may be reached through the undersigned attorney.

2. Plaintiff **BARBARA WILLIAMS** is an individual residing in Harris County, Texas, and may be reached through the undersigned attorney.

3. Defendant **KEITH BURGESS** has been served and made an appearance in this lawsuit.

4. Defendant **USA TRUCK, INC.** is a Foreign Corporation doing business in the state of Texas and has been served and made an appearance in this lawsuit.

**II.**
**JURISDICTION AND VENUE**

Exhibit 1

5. Diversity of citizenship does exist because neither of the Defendants are residents of Texas as are the Plaintiffs, Marquise Davis, Jr. and Barbara Williams; 28 U.S.C. §1332(a)(1).

## IV.
### VICARIOUS LIABILITY AND RESPONDEAT SUPERIOR

6. Whenever it is alleged that the Defendants did or failed to do anything in this petition, it is meant that the Defendants, acting by and through its agents, employees, principals and vice principals, acted or failed to act as alleged. Whenever it is alleged in this petition that any individual did or failed to do anything, it is meant that the individual acted or failed to act in the course and scope of his/her agency and/or employment with the named Defendant(s).

## V.
### FACTS

7. Plaintiffs would show that on or about May 24, 2020, Plaintiffs were traveling on the Interstate 10 in Harris County, Texas when Defendant KEITH BURGESS, suddenly and without warning, and while in the course and scope of his employement for Defendant USA TRUCK, INC., changed lanes when it was not safe to do so, failed to maintain a single lane of traffic, failed to yield the right of way, and violently crashed into Plaintiffs' vehicle, which in turn forced Plaintiffs' vehicle to spin out of control and smash into the freeway concrete barrier. As a result of these events, Plaintiffs suffered serious bodily injuries.

## VI.
### CAUSES OF ACTION

8. Plaintiffs would show the Court that at the time and place of the collision hereinabove described, Defendant(s) was guilty of the following acts of negligence, to-wit:

   a) Failing to obey the traffic laws of the State of Texas.

   b) Failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances.

Exhibit 1

    c)    Failing to timely apply the brakes.

    d)    Failing to take proper evasive action.

    e)    Driver inattention.

    f)    Changing lanes when unsafe.

    g)    Failing to maintain a single lane of traffic.

    h)    Failing to yield the right of way.

Each of these acts and omissions of Defendant(s), singularly or in combination with others, were negligence, and were each and all a proximate cause of the accident made the basis of this lawsuit and of the injuries and damages suffered by Plaintiffs.

## VII.
### DAMAGES

9. As a direct and proximate result of the accident and such negligence as listed above, Plaintiffs sustained and suffered damages as follows:

   a) Plaintiffs have incurred reasonable and necessary medical expenses and in all reasonable probability such medical expenses will continue in the future;

   b) Plaintiffs have experienced physical pain and suffering in the past as a result of injuries, and in all reasonable probability, will continue to sustain physical pain and suffering in the future as a result of these injuries; and

   c) Plaintiffs have experienced physical impairment or physical incapacity in the past as a result of this incident and, in all reasonable probability, will continue to experience physical impairment in the future;

10. Plaintiffs plead for pre- and post judgment interest at the maximum legal allowable rate.

## VIII.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that Defendants be cited to appear and answer herein and, that upon final trial, Plaintiffs have judgment against Defendants for all damages proved, jointly and severally, all of which are within the jurisdictional limits of

Exhibit 1

this Court, for costs of court, for prejudgment interest in accordance with the law and for interest on the judgment until the time the judgment is paid, and for such other and further relief to which Plaintiffs may show themselves to be justly entitled.

        Respectfully submitted,

By:   /s/ David K. Mestemaker
David K. Mestemaker (SBOT# 13974600)
Southern District of Texas No. 14410
dkm@mandsattorneys.com
3100 Timmons Lane, Suite 455
Houston, Texas 77027
Tel.   (713) 626-8900
Fax   (713) 626-8910
ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:
Mestemaker, Straub and Zumwalt
Norman L. Straub (SBOT# 00793002)
Fed ID NO: 19700
nstraub@mandsattorneys.com
Jonathon B. Zumwalt (SBOT# 24053570)
Fed ID NO: 915263
jbz@mandsattorneys.com
3100 Timmons Lane, Suite 455
Houston, Texas 77027
Tel.   (713) 626-8900

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of *Plaintiffs' First Amended Complaint* was served on Defendant's counsel of record, in compliance with the Federal Rules of Civil Procedure, on _____, 2023.

Joseph Edward Johnson
Zachary T. Mayer
Mayer LLP
750 N. St. Paul Street, Suite 700
Dallas, TX 75201
214-379-6900
214-379-6939 F
ejohnson@mayerllp.com
zmayer@mayerllp.com

        /s/ David K. Mestemaker
        David K. Mestemaker